UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
MICHAEL MARTINUCCI, on behalf of himself
and those similarly situated,

                Plaintiff,

  vs.

FIDELITY NATIONAL TITLE INSURANCE
COMPANY, CHICAGO TITLE INSURANCE
COMPANY, TICOR TITLE INSURANCE
COMPANY, FIDELITY NATIONAL FINANCE,
INC., FIRST AMERICAN TITLE INSURANCE
COMPANY OF NEW YORK, UNITED GENERAL
TITLE INSURANCE COMPANY, FIRST
AMERICAN CORPORATION,
COMMONWEALTH LAND TITLE INSURANCE
COMPANY, LAWYERS TITLE INSURANCE
CORPORATION, LANDAMERICA FINANCIAL
GROUP, INC., STEWART TITLE INSURANCE
COMPANY, MONROE TITLE INSURANCE
CORPORATION, STEWART INFORMATION
SERVICE CORPORATION, AND TITLE
INSURANCE RATE SERVICE ASSOCIATION,
INC.,

                Defendants.
-----------------------------------------------------------------x

Case No. 08 Civ. 1644

        **PLEASE TAKE NOTICE** that Barry R. Ostrager, a member of the law firm of Simpson Thacher & Bartlett LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendants Fidelity National Title Insurance Company, Fidelity National Financial, Inc., Ticor Title Insurance Company, and Chicago Title Insurance Company in this action and requests that all subsequent papers be served upon him at the address indicated below.

Please add the following to the service list for this proceeding:

    Barry R. Ostrager, Esq. (bostrager@stblaw.com)
    SIMPSON THACHER & BARTLETT LLP
    425 Lexington Avenue
    New York, New York 10017-3954
    (212) 455-2000 (Telephone)
    (212) 455-2502 (Facsimile)

Dated: New York, New York
       February 22, 2008

                    SIMPSON THACHER & BARTLETT LLP

                    By:  s/ Barry R. Ostrager

                    Barry R. Ostrager
                    425 Lexington Avenue
                    New York, New York 10017-3954
                    Telephone: (212) 455-2000
                    Facsimile: (212) 455-2502
                    bostrager@stblaw.com

                    *Attorney for Defendants Fidelity National Title Insurance Company, Fidelity National Financial, Inc., Ticor Title Insurance Company, and Chicago Title Insurance Company*