UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
MICHAEL MARTINUCCI, on behalf of himself
and those similarly situated,

               Plaintiff,

  vs.

FIDELITY NATIONAL TITLE INSURANCE
COMPANY, CHICAGO TITLE INSURANCE
COMPANY, TICOR TITLE INSURANCE
COMPANY, FIDELITY NATIONAL FINANCE,
INC., FIRST AMERICAN TITLE INSURANCE
COMPANY OF NEW YORK, UNITED GENERAL
TITLE INSURANCE COMPANY, FIRST
AMERICAN CORPORATION,
COMMONWEALTH LAND TITLE INSURANCE
COMPANY, LAWYERS TITLE INSURANCE
CORPORATION, LANDAMERICA FINANCIAL
GROUP, INC., STEWART TITLE INSURANCE
COMPANY, MONROE TITLE INSURANCE
CORPORATION, STEWART INFORMATION
SERVICE CORPORATION, AND TITLE
INSURANCE RATE SERVICE ASSOCIATION,
INC.,

               Defendants.
-------------------------------------------------------------------x

Case No. 08 Civ. 1644

## RULE 7.1 DISCLOSURE STATEMENT

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendants Fidelity National Financial, Inc.,[1] Fidelity National Title Insurance Company, Ticor Title Insurance Company, and Chicago Title Insurance Company (collectively, the "Fidelity Defendants") in the above-captioned action identifies, with respect to the Fidelity

---

[1] Plaintiff names "Fidelity National Finance, Inc." as a defendant in this action but no such entity exists. Thus, plaintiff has sued a non-jural entity. See FED.R.CIV.P. 7.1(a)(2), 17.

Defendants, any parent corporation and/or any publicly held corporation owning 10% or more of its stock:

- Fidelity National Financial, Inc. is a publicly traded corporation.  No publicly held corporation owns 10% or more of Fidelity National Financial, Inc.'s stock.

- Fidelity National Financial, Inc. is the parent corporation of the wholly-owned subsidiary Fidelity National Title Group, Inc.

- Fidelity National Title Group, Inc. is the parent corporation of the wholly-owned subsidiary Chicago Title and Trust Company.

- Chicago Title and Trust Company is the parent corporation of the following wholly-owned subsidiaries:  Fidelity National Title Insurance Company, Ticor Title Insurance Company and Chicago Title Insurance Company.

Dated: New York, New York
       February 22, 2008

                                        Respectfully submitted,

                                        By:  s/ Barry R. Ostrager

                                        Barry R. Ostrager
                                        Kevin J. Arquit
                                        SIMPSON THACHER & BARTLETT LLP
                                        425 Lexington Avenue
                                        New York, New York 10017-3954
                                        Telephone: (212) 455-2000
                                        Facsimile: (212) 455-2502
                                        bostrager@stblaw.com

                                        *Attorneys for Defendants Fidelity National Title Insurance Company, Fidelity National Financial, Inc., Ticor Title Insurance Company, and Chicago Title Insurance Company*