UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                        :

MICHAEL MARTINUCCI,               :

        Plaintiff,             :

     v.                    :    Case No. 08 Civ. 1644 (TPG)

FIDELITY NATIONAL TITLE INSURANCE  :
COMPANY, *et al.*,
        Defendants.     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :
                     x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that James L. Hallowell, a partner with the law firm of

Gibson, Dunn & Crutcher LLP, duly admitted to the Bar of this Court, hereby appears as counsel

for Defendant Title Insurance Rate Service Association, Inc. ("TIRSA") in this action and

requests that all subsequent papers be served upon him at the address indicated below.

    Please add the following to the service list for this proceeding:

        James L. Hallowell, Esq. (jhallowell@gibsondunn.com)
        GIBSON, DUNN & CRUTCHER LLP
        200 Park Avenue
        New York, NY 10166
        (212) 351-3804 (Telephone)
        (212) 351-5266 (Facsimile)

Dated:  New York, New York
       March 6, 2008

                                   GIBSON, DUNN & CRUTCHER LLP

                                   By:  s/ James L. Hallowell

                                   James L. Hallowell
                                   200 Park Avenue, 47th Floor
                                   New York, New York 10166-0193
                                   Telephone: (212) 351-4000
                                   Facsimile: (212) 351-4035
                                   jhallowell@gibsondunn.com

                                   Attorney for Defendant
                                   Title Insurance Rate Service Association,
                                   Inc.