UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

MICHAEL MARTINUCCI,

        Plaintiff,

v.

FIDELITY NATIONAL TITLE INSURANCE
COMPANY, *et al.*,

        Defendants.

------------------------------------x

Case No. 08 Civ. 1644 (TPG)

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Title Insurance Rate Service Association, Inc. ("TIRSA") hereby certifies that it is a New York not-for-profit corporation. Defendant has no corporate parents, affiliates and/or subsidiaries that are publicly held.

Dated: New York, New York
March 6, 2008

                        GIBSON, DUNN & CRUTCHER LLP

                        By: _s/ James L. Hallowell_____
                              John A. Herfort
                              James L. Hallowell

                        200 Park Avenue
                        New York, New York 10166-0193
                        Phone: (212) 351-4000
                        Fax: (212) 351-4035
                        jherfort@gibsondunn.com
                        jhallowell@gibsondunn.com

                        Attorneys for Defendant
                        Title Insurance Rate Service Association, Inc.