UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                 :  Index No.: 08 CV 1644 (TPG)

MICHAEL MARTINUCCI, et al,

        Plaintiffs,

  - against -                                     **NOTICE OF APPEARANCE**

FIDELITY NATIONAL TITLE INSURANCE CO., et al,

        Defendants.
------------------------------------------------------------------- X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      Please enter the appearance of James I. Serota of Greenberg Traurig, LLP in this case as counsel for Defendants The First American Corporation, First American Title Insurance Company of New York, and United General Title Insurance Company.

      Undersigned counsel is admitted to practice in this Court.

Dated: New York, New York
March 6, 2008

        Respectfully submitted,

        GREENBERG TRAURIG, LLP

        By: /s/ James I. Serota
        James I. Serota (JS-6802)
        Kenneth Lapatine (KL-3985)
        Stephen L. Saxl (SS-1028)
        GREENBERG TRAURIG, LLP
        200 Park Avenue
        New York, New York 10166
        Telephone: (212) 801-9200
        Facsimile: (212) 801-6400
        serotaj@gtlaw.com
        lapatinek@gtlaw.com
        saxls@gtlaw.com

        *Attorneys for Defendants The First American Corporation, First American Title Insurance Company of New York, and United General Title Insurance Company*