UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                   :   Index No.: 08 CV 1644 (TPG)
MICHAEL MARTINUCCI, et al,
                                                                   :
                         Plaintiffs,
                                                                   :
         - against -                                                   **RULE 7.1 STATEMENT**
                                                                   :
FIDELITY NATIONAL TITLE INSURANCE CO., et al,
                                                                   :
                         Defendants.
                                                                   :
------------------------------------------------------------------ X

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrates of the Court to evaluate possible disqualification or recusal, Defendant The First American Corporation states that it is a publicly traded corporation (FAF:NYSE), that it has no publicly-traded parent, and that no publicly held corporation owns 10% or more of its stock.

     Defendant First American Title Insurance Company of New York states that it is first tier subsidiary of First American Title Insurance Company, which is a first tier subsidiary of The First American Corporation.

     Defendant United General Title Insurance Company states that it is a first tier subsidiary of First American Title Insurance Company, which is a first tier subsidiary of The First American Corporation.

Dated: New York, New York
March 6, 2008

        Respectfully submitted,

        GREENBERG TRAURIG, LLP

By: /s/ James I. Serota _____
James I. Serota (JS-6802)
Kenneth Lapatine (KL-3985)
Stephen L. Saxl (SS-1028)
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
serotaj@gtlaw.com
lapatinek@gtlaw.com
saxls@gtlaw.com

*Attorneys for Defendants The First American Corporation, First American Title Insurance Company of New York, and United General Title Insurance Company*